# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>GEORGE DAVID TREECE<br><hr>*Defendant(s)* | )<br>)<br>)   Case No. 26-mj-2224<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Jun 16, 2026_____ in the county of ___Rutherford and Wilson___ in the _____Middle_____ District of _____Tennessee_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113 | Bank Robbery |

This criminal complaint is based on these facts:

See Attached Statement

☑ Continued on the attached sheet.

<br>

/s/ Kevin Keating
_____
*Complainant's signature*

Detective Kevin Keating, MNPD
_____
*Printed name and title*

Sworn to me remotely by telephone, in compliance with
Fed. R. Crim. P. 4.1.

Date:  _____07/15/2026_____

_____
*Judge's signature*

City and state:  _____Nashville, Tennessee_____

United States Magistrate Judge Jeffery S. Frensley
_____
*Printed name and title*

**STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kevin Keating, being first duly sworn on oath, state as follows:

1. I am a detective with the Metropolitan Nashville Police Department and have been a police officer over 13 years. I am currently assigned to the Violent Crimes Division, and I am assigned to the Federal Bureau of Investigation's (FBI) Middle Tennessee Violent Crimes Task Force out of the FBI's Nashville Field Office, in Nashville, Tennessee. Additionally, I am deputized as a Special Federal Officer/Special Deputy United States Marshal. One of my duties is to investigate violent crimes, including bank robbery, Hobbs Act violations, and firearms violations within the Middle District of Tennessee.

2. The facts contained in this statement are based on first-hand knowledge or information learned during the investigation from law enforcement sources and/ or from witnesses. This statement does not contain each and every detail known by me regarding this investigation. Instead, this statement merely provides information necessary to establish probable cause to arrest George David TREECE for Bank Robbery, in violation of Title 18, United States Code, Section 2113. Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

<u>Attempted Bank Robbery of the Ascend Federal Credit Union</u>

3. On June 16, 2026, around 1:38 p.m., a male subject who was later identified as TREECE, entered the Ascend Federal Credit Union branch located at 3250 Memorial Blvd, Murfreesboro, Rutherford County, located in the Middle District of Tennessee.

4. TREECE was wearing a tan baseball cap, sunglasses, a white shirt under a black button-up long-sleeved shirt, pants, and tennis shoes. TREECE walked to the counter and waited in line. As TREECE waited in line, employee C.W. asked if she could assist him. TREECE stated

that he needed help cashing a check. Employee E.P. then offered to help TREECE and had TREECE enter her office. TREECE said that he needed to cash the check, but that he didn't have an account. E.P. said that she could not cash a check for a non-customer. TREECE then began looking around before turning back towards E.P. and pulled out a silver handgun from the right side of his body. TREECE then told E.P. not to do anything stupid and that she needed to give TREECE the money. E.P. stated that she didn't have a cash drawer and was not able to help. TREECE then demanded money and said he needed it now.

5. E.P. then walked TREECE to the ATM in the front lobby. E.P. started a video call with the teller on the ATM, who was present via a live video feed, but in a different location than the bank itself. E.P. told the ATM teller that E.P. needed to withdraw $3,000 for a non-member. The ATM teller stated that she was not able to withdraw money for a non-member. TREECE then told E.P. that she had 15 seconds to provide the money he demanded. TREECE then began counting down from eight seconds. TREECE again demanded money and walked back to the front desk with E.P. After a few moments, TREECE realized the employees could not withdraw any money and walked out of the location.

6. Law enforcement reviewed videos from nearby locations and learned that the suspect arrived and left in a GMC pickup truck. Law enforcement conducted queries through databases and license plate readers in the area. Law enforcement learned that the suspect truck displayed Alabama license plate 8AA2B1X.

7. Officers learned the truck was registered to TREECE's relative who later informed officers that TREECE borrowed the truck. Officers located a public social media profile belonging to TREECE and compared the photos on the social media profile to the surveillance footage, matching them to TREECE.

<u>Bank Robbery of the Truist Bank</u>

8.      On June 16, 2026, around 2:44 p.m., a male subject who was later identified as TREECE entered the Truist Bank branch located at 240 West Main Street, Lebanon, Wilson County, located in the Middle District of Tennessee. TREECE  was wearing a tan baseball cap, sunglasses, a white shirt under a black button up long sleeve shirt, pants, and tennis shoes. TREECE  approached S.J. who was working as a teller at the bank. S.J. asked TREECE  if she could help him with something, and TREECE stated that he needed all the 100 and 50 dollar bills. TREECE then produced a handgun and placed it on the counter so S.J. could see it. S.J. then hit the panic alarm and opened her cash drawer. TREECE stated that he didn't want dye packs,  again demanded all the 100 and 50 dollar bills, and pointed the gun at S.J. S.J. grabbed all the money from her drawer and handed it to TREECE. TREECE took the money and walked out of the bank. An audit of the cash drawer after the incident revealed that TREECE received $2,600 during the robbery.

9.      Law enforcement was provided video and pictures of the incident. After reviewing the information, law enforcement learned that the suspect in both bank robberies was the same person.

10.      Law enforcement began trying to track and locate TREECE. During this process, law enforcement learned that a GMC pickup truck with Alabama license plate 8AA2B1X was in Dickson County, Tennessee traveling West on I-40. Tennessee Highway Patrol (THP) located the truck and attempted a traffic stop. At approximately 9:00 P.M., the vehicle fled from the traffic stop and immediately crashed at the entrance ramp at Exit 108 in Wildersville, Tennessee. TREECE ran from the truck and into the woods. THP searched the truck and located the sunglasses, hat, black shirt, and shoes worn by TREECE during the attempted robbery in

Murfreesboro and the bank robbery in Lebanon. They also located a BB gun matching the description of firearm used during the incidents. THP located two cell phones inside the crashed truck. THP turned the property over to the FBI. On June 17, 2026, Treece was located and arrested on local charges.

111. On June 17, 2026, FBI interviewed TREECE. After being read his *Miranda* rights, TREECE agreed to speak with agents. TREECE stated that he was driving his truck when he noticed law enforcement behind him. He took off, crashed his truck, and admitted to running away on foot. TREECE admitted that he robbed the two banks and gave details about each bank robbery, including that he used the BB Gun to help commit the robberies.

## Conclusion

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that TREECE committed the offense of Bank Robbery, in violation of Title 18, United States Code, Section 2113, and I request that a warrant be issued for his arrest.